JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOKI INTERNATIONAL (USA) INC., a California corporation, and MOKI INTERNATIONAL PTY. LTD., an Australia limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>JACOB ERYAMI, an individual, JARA CORPORATION, a California corporation, and EASY BUYS ELECTRONICS, INC., a California corporation,<br><br>Defendants. | Case No. 2:16-CV-00987 (PA)<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST JACOB ERYAMI, JARA CORPORATION, and EASY BUYS ELECTRONICS, INC.** |

Plaintiffs Moki International (USA), Inc., and Moki International Pty. Ltd. (collectively "Moki"), on the one hand, and Defendants Jacob Eryami, Jara Corporation, and Easy Buys Electronics, Inc. (collectively "Defendants" or "Jara"), on the other hand, consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction ("Final Consent Judgment").

-1-

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**

1. The Court has personal jurisdiction over each of the parties to this action. This Court has original jurisdiction over the federal claims pursuant to, *inter alia,* 28 U.S.C. §§ 1331 and 1338(a). The state law claims in this action arise from the same common nucleus of operative facts and transactions, such that they form part of the same case or controversy and a plaintiff would ordinarily be expected to try them all in a single judicial proceeding. Accordingly, this court has supplemental jurisdiction over Moki's state law claims pursuant to 28 U.S.C. § 1367. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b).

2. Moki International (USA) Inc. is a California LLC with its principal place of business located in Woodland Hills, California.

3. Moki International Pty. Ltd. is an Australian Proprietary Limited company with its principal place of business located in Victoria, Australia.

4. Jacob Eryami is a resident of Northridge, California.

5. Jara Corporation is a California corporation with its principal place of business located in Northridge, California.

6. Easy Buys Electronics, Inc. is a California corporation with its principal place of business located in Northridge, California.

7. Defendants imported into the United States and have sold approximately nine thousand eight hundred (9,800) headphones with the following packaging, available in multiple color schemes ("Products"):







8. The Products also include a child's smile face symbol as follows:

 

9. Moki filed the Complaint in this lawsuit on February 12, 2016. Jara Corporation and Easy Buys Electronics, Inc. were served by substituted service on February 19, 2016. Jacob Eryami was served by substituted service on February 24, 2016. Defendants agree that the federal Copyright Registration No. VA1-978-492 ("the '492 Copyright Registration") owned by Moki is valid and enforceable. A copy of the '492 Copyright Registration is attached as Exhibit A.

10. Defendants agree that, as a result of Moki's use of the non-functional graphic elements of its product packaging, Moki is the owner of common law trademark rights in the following image of a child's smiling face ("Smiling Face



Trademark"):

11. Defendants have offered to sell and have sold the Products, using product packaging that is substantially identical to the work registered under the '492 Copyright Registration.

12. Defendants have offered to sell and have sold Products containing

LEWIS ROCA ROTHGERBER CHRISTIE LLP

images that are confusingly similar to Moki's Smiling Face Trademark.

13. Defendants agree that the marketing, advertising, distribution, and sale of the Products infringes the '492 Copyright Registration.

14. Defendants agree that the marketing, advertising, distribution, and sale of the Products infringes Moki's rights in the Smiling Face Trademark.

15. Defendants admit they infringed the protected rights of Moki through the marketing, advertising, distribution and sale of the Products.

16. Defendants represent and warrant that they have imported 11,000 units of the Infringing Products.

17. Defendants represent and warrant that they have sold approximately 9,800 units of the Products.

18. Defendants represent and warrant that they have approximately 1,200 units of the Products remaining in inventory.

19. Defendants represent and warrant that their costs-per-unit of the Products is $3.35, plus duties, shipping and Amazon fees of between $5.00 and $6.00, for a cost per unit sold of between $8.95 and $9.95.

20. Defendants represent and warrant that their retail sales price of the Products in most cases was $14.99 with some as low as $12.99, and some as high as $19.99.

21. Defendants represent and warrant that their gross profit per unit of the Products is on average about $5.50 before overhead and other expenses related to selling the Products

22. Defendants and Moki have agreed to the terms of this Final Consent Judgment and its entry as a settlement of the claims filed and the resolution of all claims between the parties, known and unknown.

23. Therefore, each Defendant, and any parents, subsidiaries, affiliates, officers, agents, servants, employees, and those persons in active concert or participation with it, who receive actual notice of this injunction by personal

LEWIS ROCA ROTHGERBER CHRISTIE LLP

service or otherwise, consent and agree as follows:

    a. Each Defendant shall cease and desist all imports, sales, offers for sale, displays, marketing, advertising, and distribution, directly or indirectly, of products that contain any design or image substantially similar to the work covered by the '492 Copyright Registration.

    b. Each Defendant shall cease and desist all imports, sales, offers for sale, displays, marketing, advertising, and distribution, directly or indirectly, of products bearing the Smiling Face Trademark design or any image that is confusingly similar to the Smiling Face Trademark design.

    c. Defendants shall donate all existing stock of Products to the charity of Moki's choosing, within ten days from the date of entry of this Judgment.

    d. This Judgment and Permanent Injunction does not in any way preclude the Defendants from importing head phones or other products, but only precludes the Defendants from using packaging which contains any design or image substantially similar to the work covered by the '492 Copyright Registration, or any trademarks likely to be confused with the Smiling Face Trademark.

24. As damages are difficult to calculate, should any Defendant hereafter market, import, distribute, offer to sell, or sell the Products or any confusingly similar products in the United States, such use shall be deemed to be willful and each Defendant specifically consents that Moki shall be deemed to have suffered damages of at least $10.00 for each Product or confusingly similar product imported into the United States, and further agrees that for any Product or confusingly similar product hereinafter imported into the United States which

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

infringes the '492 Copyright registration or the Smiling Face Trademark, Moki shall be deemed to have suffered damages of at least $10.00 for each Product or confusingly similar product imported into the United States together with such other sanctions as the court deems proper.

25. Both Plaintiff and Defendants shall maintain and support this agreement and Final Consent Judgment and shall not disclaim or disparage this Final Consent Judgment nor the other parties to this Final Consent Judgment.

26. Defendants will pay Moki the sum of $35,000 for damages, costs and attorneys' fees incurred to date. In regard to the $35,000, immediately upon entry of this judgment, Defendants will pay Moki the sum of $10,000. Within thirty days of entry of this judgment, Defendants will pay Moki an additional sum of $10,000. Within sixty days of entry of this judgment, Defendants will pay Moki the remaining sum of $15,000.

27. In any action to enforce this Final Consent Judgment, the prevailing party shall recover from the other parties all costs and attorney's fees, including any costs and attorney's fees for enforcing any violation of any provision of the Final Consent Judgment.

28. Each Defendant agrees to submit to the personal jurisdiction of this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment.

30. This is a final judgment in favor of Plaintiffs and against Defendants on all causes of action.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
Honorable Percy Anderson
United States District Court Judge

CPS PAS1417528.2-*-05/13/16 10:12 AM

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 1-978-492**

**Effective Date of Registration:**
July 27, 2015

## Title
    **Title of Work:** MOKI headphone packaging

## Completion/Publication
    **Year of Completion:** 2011
    **Date of 1st Publication:** February 01, 2012
    **Nation of 1st Publication:** Australia

## Author
    ● **Author:** Moki International Pty Ltd
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Domiciled in:** Australia

## Copyright Claimant
    **Copyright Claimant:** Moki International Pty Ltd
    41/43 Malcolm Road, Braeside, VIC 3195, Australia

## Rights and Permissions
    **Organization Name:** Moki International Pty Ltd
    **Address:** 41/43 Malcolm Road
    Braeside VIC 3195 Australia

## Certification
    **Name:** Gary J. Nelson
    **Date:** July 27, 2015
    **Applicant's Tracking Number:** 78422/A1048

Registration #: VA0001978492
Service Request #: 1-2569893271

RECEIVED
DEC 07 2015
Christie, Parker & Hale LLP

Christie, Parker & Hale, LLP
Gary J Nelson
P.O. Box 29001
Glendale, CA 91209-9001 United States